IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESPERANZA & GEORGE GINES<br>17 Bronwood Drive<br>Voorhees, NJ 08043<br><br>          Plaintiff,<br><br>Vs.<br><br>TRIUMPH MORTGAGE CORP.<br>508 Main Street<br>Wilmington, DE 19804<br><br>And<br><br>RALPH V. ESTEP<br>508 Main Street<br>Wilmington, DE 19804<br>          Defendants. | CIVIL ACTION NO. 08-478-GMS<br><br>TRIAL BY JURY DEMANDED |

## **SECOND MOTION FOR EXTENSION OF DEADLINE TO ANSWER COMPLAINT**

Pursuant to Fed. R. Civ. Pro. 6(b)(1)(A), Triumph Mortgage Corp. ("Triumph") and Ralph V. Estep ("Estep") (collectively, the "Defendants") by and through their counsel, Sanclemente & Associates, LLC, respectfully request a second extension of the deadline to file and serve an answer to the complaint in the matter captioned above (the "Complaint"). In support of their motion (the "Motion"), Defendants state as follows:

1.    On or around July 31, 2008, Esperanza and George Gines (the "Plaintiffs"), by and through counsel, filed the Complaint [Doc. No. 1] in the matter captioned above.

2.    On or around August 4, 2008, the Complaint was served on the Defendants.

3.    On or around August 22, 2008, Defendants retained present counsel.

4.    The deadline to answer the Complaint was Monday, August 25, 2008.

5. On August 26, 2008, counsel for the Defendants filed a motion for the first extension of the answer deadline [Doc. No. 4].

6. On August 27, 2008, this Court granted the motion and allowed Defendants to file their answer on or before September 3, 2008.

7. Counsel are currently negotiating a settlement.

8. Counsel for the Defendants requests a second extension of the answer deadline, as the parties require additional time to negotiate a settlement.

9. Counsel for the Defendants has made a reasonable effort to reach agreement with the opposing attorneys on the matters in the Motion, and such agreement has been reached. The parties agree to an additional 20-day extension of the answer deadline.

10. Defendants reserve all rights, counterclaims, and defenses.

**WHEREFORE**, Defendants request that this honorable Court (a) enter an order reserving Defendants' rights, counterclaims, and defenses, and permitting Defendants to file an answer to the Complaint on or before Wednesday, September 23, 2008; and (b) award Defendants such other relief as is just, proper, and equitable under the circumstances.

        SANCLEMENTE & ASSOCIATES, LLC
        Attorneys for the Defendants

By: /s/ Art C. Aranilla
    Art C. Aranilla (DE Bar # 4516)
    2500 Wrangle Hill Road
    Suite 129
    Bear, Delaware 19701
    (302) 832-5600 Telephone
    (302) 832-5601 Facsimile
    art@sanclaw.com

Dated: September 3, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESPERANZA & GEORGE GINES<br>17 Bronwood Drive<br>Voorhees, NJ 08043<br><br>　　　　　　Plaintiff,<br><br>Vs.<br><br>TRIUMPH MORTGAGE CORP.<br>508 Main Street<br>Wilmington, DE 19804<br><br>And<br><br>RALPH V. ESTEP<br>508 Main Street<br>Wilmington, DE 19804<br>　　　　　　Defendants. | CIVIL ACTION NO. 08-478-GMS<br><br>TRIAL BY JURY DEMANDED |

## **PROPOSED ORDER**

On this _____ day of _____, 2008, this Court, having reviewed Defendants' unopposed second motion for an extension of the deadline to answer the complaint (the "Complaint") in the matter captioned above, hereby orders that Defendants are permitted to file and serve an answer to the Complaint on or before Tuesday, September 23, 2008. All Defendants' rights, counterclaims, and defenses are reserved.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　J. Gregory M. Sleet